DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DODERICK WOODS-SMITH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0225

_____

April 24, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for DeSoto County; Don T. Hall, Judge.

PER CURIAM.

    Affirmed.

SILBERMAN, SLEET, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.